UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINITA FERGUSON, Individually and on behalf of Ohers Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>REISNER RESTAURANTS, INC, d/b/a SUBWAY,<br>Defendant. | 1:15-CV-03241-TWT<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, DINITA FERGUSON, by and through her attorneys, JTB LAW GROUP, LLC, and Defendant REISNER RESTAURANTS, INC, d/b/a SUBWAY, by and through its undersigned attorneys HOWARD R. EVANS AND ASSOCIATES, P.C., hereby stipulate to the dismissal of the above-captioned action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: March 14, 2016

JTB LAW GROUP, LLC

Patrick S. Almonrode
patalmonrode@jtblawgroup.com
155 2nd Street, Suite 4
Jersey City, NJ 07302
(201) 630-0000 (office)
(855) 582-5297 (fax)

*Attorneys for Plaintiff*

HOWARD R. EVANS AND ASSOC., P.C.

Howard R. Evans
attorney4hrlaw@gmail.com
The Waterford, Suite 216
4488 North Shallowford Road
Atlanta, GA 30338
(770) 377-9521 (office)

*Attorneys for Defendant*